# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| REPUBLICAN NATIONAL COMMITTEE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-at-01077 |
| GOOGLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Republican National Committe                     .

Date:   October 24, 2022

/s/ Jeremiah D. Graham
*Attorney's signature*

Jeremiah D. Graham / SBN: 313206
*Printed name and bar number*

177 Post Street, Suite 700, San Francisco, California 94108
*Address*

jgraham@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*