UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE,** | Case No. **2:22−CV−01904−JDP** |
| Plaintiff, | ORDER REQUIRING (1) SERVICE OF PROCESS AND (2) SUBMISSION OF THE CONSENT OR REQUEST FOR REASSIGNMENT FORM |
| v. | |
| **GOOGLE INC.,** | |
| Defendant. | |

This action has been assigned to Magistrate Judge Jeremy D. Peterson under the court's automated case assignment plan. *See* Local Rules, Appendix A, subsection (m). Pursuant to Federal Rule of Civil Procedure 16, it is hereby ORDERED that:

**I.   Service of Process**

Plaintiff(s) shall complete service of process on all defendants within ninety days of the date the complaint was filed. Concurrently with service of process, plaintiff(s) shall serve upon each defendant, and upon all parties subsequently joined, a copy of this order, the Consent to Assignment or Request for Reassignment form, and the Know Your Rights form.[1] Within ten days of completion of service of process, plaintiff(s) shall file with the Clerk of Court a certificate of service.

/////

---

[1] The consent form is available on the court's website at the following web address: https://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

Any party who impleads a third-party defendant shall serve upon that defendant (1) a copy of this order, (2) the Consent to Assignment or Request for Reassignment form, and (3) the Know Your Rights form, and shall file with the Clerk of Court a certificate of service. If this action was commenced in state court and subsequently removed to this court, the removing party or parties shall immediately serve upon each of the other parties, and upon all parties subsequently joined, a copy of this order, the Consent to Assignment or Request for Reassignment form, and the Know Your Rights form, and shall file with the Clerk of Court a certificate of service.

**II.   Consent or Request for Reassignment**

Within ninety days of the date the action was filed, the parties shall complete and file the Consent to Assignment or Request for Reassignment form. The judges will not be notified of any party's election unless all parties have consented. *See* Fed. R. Civ. P. 73(b)(1). If any party requests reassignment to a United States District Judge, the Clerk of Court will assign a random District Judge to be the presiding judge.

**III.   Settlement Conference**

If the parties believe that an early settlement conference would be productive, the parties can request one be set before the undersigned or another randomly selected Magistrate Judge. To request a settlement conference, contact Courtroom Deputy Nic Cannarozzi at (916) 930–4172.

**IV.   Pretrial Scheduling Conference**

A status (pretrial scheduling) conference will be set once all parties have appeared and have filed a Consent to Assignment or Request for Reassignment form.

DATED:   October 24, 2022

UNITED STATES MAGISTRATE JUDGE