

United States District Court
Eastern District of California

| Republican National Committee | | Case Number: | 2:22-cv-01904-TLN-JDP |
|---|---|---|---|

Plaintiff(s)

V.

| Google Inc. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Thomas Ryan McCarthy** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Republican National Committee (Plaintiff)**

On **October 29, 2001** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Virginia** (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **November 30, 2022**     Signature of Applicant: /s/ **Thomas R. McCarthy**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Thomas Ryan McCarthy |
| Law Firm Name: | CONSOVOY MCCARTHY PLLC |
| Address: | 1600 Wilson Blvd., Suite 700 |
| City: | Arlington    State: VA    Zip: 22209 |
| Phone Number w/Area Code: | (703) 243-9423 |
| City and State of Residence: | Vienna, VA |
| Primary E-mail Address: | tom@consovoymccarthy.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jeremiah Graham |
| Law Firm Name: | Dhillon Law Group Inc. |
| Address: | 177 Post Street, Suite 700 |
| City: | San Francisco    State: CA    Zip: 94108 |
| Phone Number w/Area Code: | (619) 633-5110    Bar # 313206 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Thomas Ryan McCarthy

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, Thomas Ryan McCarthy is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 9th day of September
A.D. 2022

By: _____
Deputy Clerk