

United States District Court
Eastern District of California

| Republican National Committee | | Case Number: | 2:22-cv-01904-TLN-JDP |

Plaintiff(s)

V.

| Google Inc. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Thomas Samuel Vaseliou hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Republican National Committee (Plaintiff)

On October 25, 2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 30, 2022              Signature of Applicant: /s/ Thomas S. Vaseliou

**Pro Hac Vice Attorney**

Applicant's Name: Thomas Samuel Vaseliou

Law Firm Name: CONSOVOY MCCARTHY PLLC

Address: 1600 Wilson Blvd., Suite 700

City: Arlington    State: VA    Zip: 22209

Phone Number w/Area Code: (703) 243-9423

City and State of Residence: Arlington, VA

Primary E-mail Address: tvaseliou@consovoymccarthy.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeremiah Graham

Law Firm Name: Dhillon Law Group Inc.

Address: 177 Post Street, Suite 700

City: San Francisco    State: CA    Zip: 94108

Phone Number w/Area Code: (619) 633-5110    Bar #: 313206

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____
                                JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Thomas Samuel Vaseliou**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 25th day of October, 2019.

I further certify that the records of this office show that, as of this date

**Thomas Samuel Vaseliou**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of November, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1804C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.