**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice* forthcoming)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice* forthcoming)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503 (application for admission forthcoming)
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice* forthcoming)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-TLN-JDP |
| Plaintiff, | **GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

-1-

CASE NO. 2:22-CV-01904-TLN-JDP
GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Initial Pretrial Scheduling Order (Dkt. 8), Defendant Google LLC (erroneously sued as "Google Inc."), by its undersigned counsel, states as follows:

     1.    Google LLC is a subsidiary of XXVI Holdings Inc., which is a wholly-owned subsidiary of Alphabet Inc.

     2.    Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: December 1, 2022            **PERKINS COIE LLP**

By: */s/ Sunita Bali*
Sunita Bali, Bar No. 274108

*Attorneys for Defendant Google LLC
(erroneously sued as Google Inc.)*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on December 1, 2022, as follows:

Harmeet K. Dhillon     (harmeet@dhillonlaw.com)
Michael A. Columbo   (mcolumbo@dhillonlaw.com)
Jeremiah D. Graham   (jgraham@dhillonlaw.com)
Anthony J. Fusaro, Jr.  (afusaro@dhillonlaw.com)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

Counsel for Plaintiff
Republican National Committee


Thomas R. McCarthy (tom@consovoymccarthy.com)
Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
Conor D. Woodfin (conor@consovoymccarthy.com)
CONSOVOY MCCARTHY PHLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423

Counsel for Plaintiff
Republican National Committee


　　　　　　　　　　　　　　　　　　　/s/ Sunita Bali
　　　　　　　　　　　　　　　　　　　Sunita Bali