**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice* forthcoming)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice* forthcoming)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503 (application for admission forthcoming)
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice* forthcoming)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-TLN-JDP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

1    Plaintiff Republican National Committee ("Plaintiff") and Defendant Google LLC

2   (erroneously sued as "Google Inc.") ("Defendant") (collectively the "parties"), by and

3   through their undersigned counsel, hereby stipulate as follows:

4        1.    WHEREAS, Plaintiff filed its Complaint on October 21, 2022, *see* Dkt. 1;

5        2.    WHEREAS, Plaintiff served Defendant with its Complaint on November 17,

6   2022;

7        3.    WHEREAS, Defendant's response to the Complaint is due on or before

8   December 8, 2022;

9        4.    WHEREAS, Defendant's counsel was only recently retained on November 29,

10  2022;

11       5.    WHEREAS, good cause exists to grant the extension, so that Defendant has time

12  to adequately respond to the allegations in the Complaint;

13       6.    WHEREAS, on December 1, 2022, shortly after Defendant's counsel was retained,

14  it reached out to Plaintiff's counsel to discuss an extension of time to respond to the Complaint

15  and, accordingly, the parties are making this request as soon as reasonably practicable;

16       7.    WHEREAS, Defendant will suffer significant prejudice if an extension is not

17  granted because it needs sufficient time to respond to the Complaint;

18       8.    WHEREAS, due to Defendant's counsel's recent retention and the upcoming

19  holiday season, Defendant requests a 45-day extension of time to respond to the Complaint;

20       9.    WHEREAS, Plaintiff does not oppose Defendant's requested extension;

21       10.   WHEREAS, the parties agree that neither party will suffer any prejudice if the

22  Court grants the extension of time to respond to the Complaint; and

23       11.   WHEREAS, the parties have not previously requested extensions of any deadlines,

24  and the parties do not believe that this extension will affect the progress of the case.

25       THEREFORE, the parties hereby stipulate and agree as follows:

26       1.    Defendant is granted a 45-day extension to respond to the Complaint;

27       2.    Defendant's response to the Complaint shall be due on January 23, 2023;

28       3.    Plaintiff's opposition brief, if any, shall be due on February 6, 2023; and

-2-                    CASE NO. 2:22-CV-01904-TLN-JDP
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

1    4.    Defendant's reply brief, if any, shall be due on February 16, 2023.

2        **IT IS SO STIPULATED.**

3    Dated:  December 1, 2022                    **PERKINS COIE LLP**

4

5                                               By:  */s/ Sunita Bali*
                                                    Sunita Bali, Bar No. 274108
6
                                                    Attorneys for Google LLC (erroneously sued
7                                                   as Google Inc.)

8

9    Dated:  December 1, 2022                    **DHILLON LAW GROUP INC.**

10

11                                              By: */s/ Thomas R. McCarthy*
                                                    Harmeet K. Dhillon, SBN 207873
12                                                  Michael A. Columbo (admission
                                                    forthcoming)
13                                                  Jeremiah D. Graham
                                                    Anthony J. Fusaro, Jr. (admission
14                                                  forthcoming)

15                                                  Counsel for Plaintiff Republican National
                                                    Committee
16

17

18                                              **CONSOVOY MCCARTHY PLLC**

19                                                  Thomas R. McCarthy (pro hac vice
                                                    application pending)
20                                                  Thomas S. Vaseliou (pro hac vice
                                                    application pending)
21                                                  Conor D. Woodfin (pro hac vice
                                                    application pending)
22
                                                    Counsel for Plaintiff Republican National
23                                                  Committee

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

By: */s/ Sunita Bali*
Sunita Bali, Bar No. 274108

Attorneys for Google LLC (erroneously sued as Google Inc.)

1

**[PROPOSED] ORDER**

2

      The Court, having reviewed the Stipulation to Extend Deadline to Respond Complaint,

3

and good cause appearing, HEREBY ORDERS:

4

      1.      Defendant is granted a 45-day extension to respond to the Complaint;

5

      2.      Defendant's response to the Complaint shall be due on January 23, 2023;

6

      3.      Plaintiff's opposition brief, if any, shall be due on February 6, 2023; and

7

      4.      Defendant's reply brief, if any, shall be due on February 16, 2023.

8

      **IT IS SO ORDERED.**

9

10

Dated: _____      By: _____

11
                            Troy L. Nunley
                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      CASE NO. 2:22-CV-01904-TLN-JDP
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

1

## **CERTIFICATE OF SERVICE**

2      This is to certify that a true and correct copy of the above and foregoing has been served

3  upon all counsel of record, via the Court's CM/ECF system on December 1, 2022, as follows:

4
          Harmeet K. Dhillon     (harmeet@dhillonlaw.com)
5          Michael A. Columbo   (mcolumbo@dhillonlaw.com)
          Jeremiah D. Graham    (jgraham@dhillonlaw.com)
6          Anthony J. Fusaro, Jr.  (afusaro@dhillonlaw.com)
          DHILLON LAW GROUP INC.
7          177 Post Street, Suite 700
          San Francisco, California 94108
8          Telephone: (415) 433-1700

9
          Counsel for Plaintiff
10         Republican National Committee

11

12         Thomas R. McCarthy (tom@consovoymccarthy.com)
          Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
13         Conor D. Woodfin (conor@consovoymccarthy.com)
          CONSOVOY MCCARTHY PHLLC
14         1600 Wilson Blvd., Suite 700
          Arlington, VA 22209
15         Telephone: (703) 243-9423

16
          Counsel for Plaintiff
17         Republican National Committee

18

19

20                                              */s/ Sunita Bali*
                                               Sunita Bali
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT