**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice* forthcoming)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice* forthcoming)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503 (application for admission forthcoming)
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice* forthcoming)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff Republican National Committee ("Plaintiff") and Defendant Google LLC (erroneously sued as "Google Inc.") ("Defendant") (collectively the "parties"), by and through their undersigned counsel, hereby stipulate as follows:

1.    WHEREAS, Plaintiff filed its Complaint on October 21, 2022, *see* Dkt. 1;

2.    WHEREAS, Plaintiff served Defendant with its Complaint on November 17, 2022;

3.    WHEREAS, Defendant's response to the Complaint is due on or before December 8, 2022;

4.    WHEREAS, Defendant's counsel was only recently retained on November 29, 2022;

5.    WHEREAS, good cause exists to grant the extension, so that Defendant has time to adequately respond to the allegations in the Complaint;

6.    WHEREAS, on December 1, 2022, shortly after Defendant's counsel was retained, it reached out to Plaintiff's counsel to discuss an extension of time to respond to the Complaint and, accordingly, the parties are making this request as soon as reasonably practicable;

7.    WHEREAS, Defendant will suffer significant prejudice if an extension is not granted because it needs sufficient time to respond to the Complaint;

8.    WHEREAS, due to Defendant's counsel's recent retention and the upcoming holiday season, Defendant requests a 45-day extension of time to respond to the Complaint;

9.    WHEREAS, Plaintiff does not oppose Defendant's requested extension;

10.    WHEREAS, the parties agree that neither party will suffer any prejudice if the Court grants the extension of time to respond to the Complaint; and

11.    WHEREAS, the parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will affect the progress of the case.

THEREFORE, the parties hereby stipulate and agree as follows:

1.    Defendant is granted a 45-day extension to respond to the Complaint;

2.    Defendant's response to the Complaint shall be due on January 23, 2023;

3.    Plaintiff's opposition brief, if any, shall be due on February 6, 2023; and

1    4.    Defendant's reply brief, if any, shall be due on February 16, 2023.

2    **IT IS SO STIPULATED.**

3    Dated:  December 1, 2022                    **PERKINS COIE LLP**

4

5                                               By: */s/ Sunita Bali*

6                                               Sunita Bali, Bar No. 274108

7                                               Attorneys for Google LLC (erroneously sued
                                                as Google Inc.)

8

9    Dated:  December 1, 2022                    **DHILLON LAW GROUP INC.**

10

11                                              By: */s/ Thomas R. McCarthy*

12                                              Harmeet K. Dhillon, SBN 207873
                                                Michael A. Columbo (admission
                                                forthcoming)

13                                              Jeremiah D. Graham
                                                Anthony J. Fusaro, Jr. (admission

14                                              forthcoming)

15                                              Counsel for Plaintiff Republican National

16                                              Committee

17

18                                              **CONSOVOY MCCARTHY PLLC**

19                                              Thomas R. McCarthy (pro hac vice
                                                application pending)

20                                              Thomas S. Vaseliou (pro hac vice
                                                application pending)

21                                              Conor D. Woodfin (pro hac vice
                                                application pending)

22

23                                              Counsel for Plaintiff Republican National
                                                Committee

24

25

26

27

28

1

## <u>ATTESTATION</u>

2        Concurrence in the filing of this document has been obtained from the individual whose

3  electronic signature is attributed above.

4

5                                        By: */s/ Sunita Bali*
                                           Sunita Bali, Bar No. 274108
6
                                           Attorneys for Google LLC (erroneously sued
7                                          as Google Inc.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2       The Court, having reviewed the Stipulation to Extend Deadline to Respond Complaint,

3   and good cause appearing, HEREBY ORDERS:

4       1.      Defendant is granted a 45-day extension to respond to the Complaint;

5       2.      Defendant's response to the Complaint shall be due on January 23, 2023;

6       3.      Plaintiff's opposition brief, if any, shall be due on February 6, 2023; and

7       4.      Defendant's reply brief, if any, shall be due on February 16, 2023.

8       **IT IS SO ORDERED.**

9

10  Dated: December 2, 2022

11                                                    Troy L. Nunley
                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28