# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Republican National Committee ,

vs.

Google Inc. ,

CASE NO: 2:22−CV−01904−JDP

## SUMMONS IN A CIVIL CASE

TO: **Google Inc.**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

    Jeremiah Graham
    Dhillon Law Group Inc.
    177 Post St Ste 700
    San Francisco, CA 94108

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ V. Licea Chavez
(By) DEPUTY CLERK

ISSUED ON 2022−10−24 16:03:53
CLERK, USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 11/17/2022 |
|---|---|
| NAME OF SERVER (PRINT) Steve Glasser SACRPS#2013.44 | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: REPUBLICAN NATIONAL COMMITTEE C/O Jenn Bautista AFS, CT Corporation Systems AUTHORIZED TO ACCEPT

[ ] Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/18/2022
            Date                    Signature of Server

268 BUSH STREET, #4042 SAN FRANCISCO, CA 94104
*Address of Server*