AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

REPUBLICAN NATIONAL COMMITTEE )
*Plaintiff* )
v. ) Case No. 2:22-cv-01904-JDP
GOOGLE INC. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Republican National Committee .

Date: 12/20/2022

/s/Michael A. Columbo
*Attorney's signature*

Michael A. Columbo (CA SBN 271283)
*Printed name and bar number*

177 Post Street, Suite 700
San Francisco, CA 94108

*Address*

mcolumbo@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No: 2:22-cv-01904-TLN-JDP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Sada Kaita, hereby certify that on December 20, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

By: /s/ Sada Kaita
Sada Kaita

Date: December 20, 2022