AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE ) <br> *Plaintiff* ) <br> v. ) <br> GOOGLE INC. ) <br> *Defendant* ) | Case No.  2:22-cv-01904-JDP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Republican National Committee .

Date:   12/20/2022

/s/Anthony J. Fusaro
*Attorney's signature*

Anthony J. Fusaro (CA SBN 345017)
*Printed name and bar number*

177 Post Street, Suite 700
San Francisco, CA 94108

*Address*

afusaro@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No: 2:22-cv-01904-TLN-JDP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Sada Kaita, hereby certify that on December 20, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

By: /s/ Sada Kaita
Sada Kaita

Date: December 20, 2022