**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice*)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice*)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice*)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-TLN-JDP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff Republican National Committee ("Plaintiff") and Defendant Google LLC ("Defendant"; erroneously sued as "Google Inc.") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, Defendant's response to the Verified Complaint for Injunctive Relief, Declaratory Judgment, and Damages ("Complaint"; Dkt. 1) is due January 23, 2023 (Dkt. 14);

2. WHEREAS, the Parties request permission to exceed the Court's page limitations for Defendant's motion to dismiss, Plaintiff's opposition brief, and Defendant's reply brief;

3. WHEREAS, an extension is necessary so that the Parties may adequately address the seven distinct claims for relief in the Complaint, including affirmative defenses to such claims, under federal and California law;

4. WHEREAS, four of the seven claims, including Count III (Unfair Competition Law), Count IV (intentional interference with prospective economic relations), Count V (negligent interference with prospective economic relations), and Count VII (negligence) require addressing numerous elements; and

5. WHEREAS, the Complaint is 28 pages, 114 paragraphs long, and contains numerous citations to legal authorities, websites, and articles.

THEREFORE, the Parties respectfully request that the Court allow up to 30 pages for any motion to dismiss and opposition briefs, and up to 15 pages for any reply brief.

**IT IS SO STIPULATED.**

Dated: January 9, 2023    **PERKINS COIE LLP**

By: */s/ Sunita Bali*
    Sunita Bali, Bar No. 274108

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

Dated: January 9, 2023    **DHILLON LAW GROUP INC.**

By: */s/ Thomas R. McCarthy*
    Harmeet K. Dhillon, SBN 207873
    Michael A. Columbo, SBN 271283
    Jeremiah D. Graham, SBN 313206
    Anthony J. Fusaro, Jr., SBN 345017

Counsel for Plaintiff Republican National Committee

**CONSOVOY MCCARTHY PLLC**

Thomas R. McCarthy (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
Conor D. Woodfin (pro hac vice)

Counsel for Plaintiff Republican National Committee

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

By: */s/ Sunita Bali*
Sunita Bali, Bar No. 274108

Attorneys for Google LLC (erroneously sued as Google Inc.)

...

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation to Exceed Page Limitations, and good cause appearing, HEREBY ORDERS that for any motion to dismiss the Complaint, the following page limits shall apply: 30 pages for any motion to dismiss and opposition briefs and 15 pages for any reply brief.

**IT IS SO ORDERED.**

Dated: January __, 2023

_____
Hon. Troy L. Nunley
United States District Judge

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on January 9, 2023, as follows:

Harmeet K. Dhillon    (harmeet@dhillonlaw.com)
Michael A. Columbo   (mcolumbo@dhillonlaw.com)
Jeremiah D. Graham    (jgraham@dhillonlaw.com)
Anthony J. Fusaro, Jr.  (afusaro@dhillonlaw.com)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

Counsel for Plaintiff
Republican National Committee


Thomas R. McCarthy (tom@consovoymccarthy.com)
Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
Conor D. Woodfin (conor@consovoymccarthy.com)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423

Counsel for Plaintiff
Republican National Committee

                                                            */s/ Sunita Bali*
                                                             Sunita Bali