**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice*)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice*)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice*)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC
(erroneously sued as Google Inc.)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. 2:22-cv-01904-TLN-JDP<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF MOTION TO DISMISS REPUBLICAN NATIONAL COMMITTEE'S VERIFIED COMPLAINT**<br><br>Date:    April 20, 2023<br>Time:   2:00 p.m.<br>Dept.:   Courtroom 2, 15th Floor<br>Judge:  Hon. Troy L. Nunley |

I, Sunita Bali, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, counsel for defendant Google LLC (erroneously sued as "Google Inc.") ("Google") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached as **Exhibit A** is a true and correct copy[1] of a letter from Peter G. Blumberg, Assistant General Counsel, Federal Election Commission ("FEC"), to Claire Rajan, Allen & Overy LLP, Re: MUR 7991 FEC Factual and Legal Analysis (Jan. 11, 2023). The letter states that it will be "placed on the public record" within 30 days of issuance, and is currently available at https://www.politico.com/f/?id=00000185-c18a-d88f-aba5-f7af64490000. Pagination has been added to Ex. A for pinciting purposes.

3. Attached as **Exhibit B** is a true and correct copy of Neil Kumaran, *Understanding Gmail's Spam Filters*, Google Workspace Blog (May 27, 2022), available at https://cloud.google.com/blog/products/workspace/an-overview-of-gmails-spam-filters.

5. Attached as **Exhibit C** is a true and correct copy of a Gmail Help Center page entitled: *Learn About Bulk Email Best Practices*, Google Gmail Help, available at https://support.google.com/mail/answer/10979322?hl=en (last visited Jan. 23, 2023).

6. Attached as **Exhibit D** is a true and correct copy of a webpage entitled: *Postmaster Tools by Gmail*, available at http://gmail.com/postmaster (last visited Jan. 23, 2023).

7. Attached as **Exhibit E** is a true and correct copy of a Gmail Help Center page entitled: *Get Started with Postmaster Tools*, available at https://support.google.com/mail/answer/9981691?hl=en&ref_topic=6259779&authuser=0#zippy=%2Cip-reputation%2Cspam-rate%2Cfeedback-loop%2Cdomain-reputation (last visited Jan. 23, 2023).

8. Attached as **Exhibit F** is a true and correct copy of an April 26, 2022 letter from Matthew Raymer et al., Chief Counsel, Republican National Committee et al., Republican

---

[1] Relevant language in exhibits has been highlighted for the Court's convenience.

National Committee, to Lisa J. Stevenson, Acting General Counsel, Federal Election Commission, Re: Illegal In-Kind Contributions Made by Google to Biden For President and Other Democrat Candidates, publicly available at https://prod-static.gop.com/media/documents/RNC_NRSC_NRCC_-_Complaint_Against_Google_04.26.22_1651002862.pdf.

9. Attached as **Exhibit G** is a true and correct copy of a Federal Election Commission advisory opinion regarding Google's Pilot Program: Allen J. Dickerson, Advisory Opinion 2022-14, Fed. Election Comm'n (Aug. 11, 2022), available at https://www.fec.gov/files/legal/aos/2022-14/2022-14.pdf.

10. Attached as **Exhibit H** is Google's July 1, 2022 request to the FEC for an advisory opinion regarding the Pilot Program: Letter from Claire Rajan, Allen & Overy LLP, to Lisa J. Stevenson, Acting Gen. Counsel, Federal Election Commission (July, 1, 2022), https://www.fec.gov/files/legal/aos/2022-14/202214R_1.pdf.

11. Attached as **Exhibit I** is a true and correct copy of Hassan Iqbal et al., *A Peek into the Political Biases in Email Spam Filtering Algorithms During US Elections 2020* (Mar. 31, 2022), available at https://arxiv.org/pdf/2203.16743.pdf.

12. Attached as **Exhibit J** is a true and correct copy of Cristiano Lima, *Republicans Seized on a Study as Proof of Google's Bias. Its Authors Say It's Being Misrepresented.*, Wash. Post (May 25, 2022), available at https://www.washingtonpost.com/politics/2022/05/25/republicans-seized-study-proof-googles-bias-its-authors-say-it-being-misrepresented/. Pagination has been added to Ex. J for pinciting purposes.

13. Attached as **Exhibit K** is a true and correct copy of Google's Terms of Service: *Google Terms of Service*, Google Privacy & Terms (effective Jan. 5, 2022), available at https://policies.google.com/terms?hl=en-US.

14. Attached as **Exhibit L** is a true and correct copy of Google's Gmail Program Policies: *Gmail Program Policies*, Google Gmail, available at https://www.google.com/gmail/about/policy/?hl=en-US (last visited Jan. 23, 2023).

15. Attached as **Exhibit M** is a true and correct copy of a Gmail Help Center page entitled: *Mark or Unmark Spam in Gmail*, Google Gmail Help, available at https://support.google.com/mail/answer/1366858?hl=en&co=GENIE.Platform%3DAndroid (last visited Jan. 23, 2023).

16. Attached as **Exhibit N** is a true and correct copy of a Gmail Help Center page entitled: *Prevent Mail to Gmail Users From Being Blocked or Sent to Spam*, Google Gmail Help, available at https://support.google.com/mail/answer/81126 (last visited Jan. 23, 2023).

17. Attached as **Exhibit O** is a true and correct copy of the Republican National Committee's online donation page: *2022 RNC Membership*, GOP.com, https://secure.gop.com/donate (last visited Jan. 23, 2023).

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 23rd day of January 2023, at Oakland, California.

Sunita Bali

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on January 23, 2023, as follows:

Harmeet K. Dhillon (harmeet@dhillonlaw.com)
Michael A. Columbo (mcolumbo@dhillonlaw.com)
Jeremiah D. Graham (jgraham@dhillonlaw.com)
Anthony J. Fusaro, Jr. (afusaro@dhillonlaw.com)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

Counsel for Plaintiff
Republican National Committee


Thomas R. McCarthy (tom@consovoymccarthy.com)
Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
Conor D. Woodfin (conor@consovoymccarthy.com)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423

Counsel for Plaintiff
Republican National Committee

*/s/ Sunita Bali*
Sunita Bali