# Exhibit B

Google Workspace | Blog | Contact sales | Get started

Identity and Security

# Understanding Gmail's spam filters

May 27, 2022



**Neil Kumaran**

Group Product Manager, Gmail Security & Trust

We explain how Gmail spam filters work to help protect user inboxes and the steps senders can take to maximize delivery of their email messages.

Google Workspace

## Blog

==Every day, Gmail's filtering capabilities and advanced security protections help billions of people stay safe and get things done more efficiently.== We've built a strong foundation, and over time, we've continued to improve our systems—blocking more than [99.9 percent](#) of spam, phishing, and malware from ever reaching users' inboxes.

Spam filters exist to stop unwanted, unsolicited, or dangerous messages from reaching inboxes, so that users can focus on the content they wish to receive. Our protections and systems are designed with this philosophy in mind. While Gmail users appreciate these tools, we sometimes get questions from organizations that send large amounts of emails (also known as bulk senders), including retailers, nonprofit organizations, and groups from across the political spectrum, about how our mail classification tools work. Recently, some misperceptions circulated regarding how Gmail spam filtering works, but the academics whose research was under discussion have [clarified their findings](#). We'd like to share even more details here.

Simply put, to protect users at scale, we rely on machine learning powered by user feedback to catch spam and help us identify patterns in large data sets—making it easier to adapt quickly to ever-changing spam tactics. Gmail employs a number of AI-driven filters that determine what gets marked as spam. ==These filters look at a variety of signals, including characteristics of the IP address, domains/subdomains, whether bulk senders are authenticated, and user input. User feedback, such as when a user marks a certain email as spam or signals they want a sender's emails in their inbox, is key to this filtering process, and our filters learn from user actions.==

Case 2:22-cv-01904-DJC-JDP   Document 30-3   Filed 01/23/23   Page 4 of 7

Google Workspace   Blog   Contact sales   Get started

We also understand the importance of maximizing email delivery for senders so that they can reach users who wish to receive their content. That's why we offer senders a range of free tools and resources to help them reach users, including Gmail best practices and help center articles on sending bulk emails.

To improve email delivery to inboxes, the recommended tool for bulk senders is our Postmaster Tools site, where any bulk sender can see the health of their domain. We encourage bulk senders to engage with the Postmaster Tools site to access data and diagnostics that will help them better understand how to successfully reach their intended recipients. We are working to increase the amount and types of information we provide in Postmaster Tools.

Our filtering capabilities and security protections are built to give users the best overall Gmail experience by delivering the email they want to see. We will continue to explore ways to empower users to further personalize their spam filtering, while also enabling bulk senders to better identify themselves and improve inbox deliverability. We look forward to sharing more as our work in this area progresses.

Posted in Identity and Security—Gmail

## Related articles

Google Workspace     Blog     Contact sales     Get started





Public Sector

Building bridges (and ships!): Google Public Sector helps the U.S. Navy better collaborate

By Lynn Martin • 3-minute read

Identity and Security

The future of work, powered by the future of security

By Andy Wen • 6-minute read





Product Announcements

Google Public Sector announces continuity-of-operations offering for government entities under cyberattack

By Jeanette Manfra • 2-minute read

Product Announcements

Google gives organizations new data privacy controls with Access Approvals in Google Workspace

By Steven Hin • 2-minute read

Follow us          

Included     Security and     Pricing     Resources     Learning and

Google Workspace    Blog    Contact sales    Get started

| | | | | |
|---|---|---|---|---|
| Gmail | Admin | | Security | Admin Help |
| Meet | Endpoint | Add-ons | Customer Stories | Setup and Deployment Center |
| Chat | Vault | Meet hardware | FAQs | |
| Calendar | Work Insights | Jamboard | Partners | Learning Center for Users |
| Drive | | Google Voice | Marketplace | Forums for Admins |
| Docs | Solutions | AppSheet | Google Workspace Add-ons | Google Workspace Dashboard |
| Sheets | New Business | | | |
| Slides | Small Business | | Training & Certification | What's New in Google Workspace |
| Forms | Enterprise | | Developers | |
| Sites | Retail | | Refer Google Workspace | Find a Google Workspace Partner |
| Keep | Manufacturing | | | |
| Apps Script | Professional Services | | | Join the community of IT Admins |
| Cloud Search | Technology | | | Press |
| | Healthcare | | | |
| | Government | | | More from |

Case 2:22-cv-01904-DJC-JDP   Document 30-3   Filed 01/23/23   Page 7 of 7

## Google Workspace

Blog

Contact sales

Get started

Nonprofits

Google Cloud

Google Domains

Chrome Enterprise

Google Business Solutions

Google for Nonprofits

Business Messages

Join User Studies

About Google   Google Products   Privacy   Terms

English