# Exhibit D



# Be a better sender

Use Postmaster Tools to analyze your email performance, and help Gmail route your messages to the right place.

Get Started

## Access Data and Diagnostics

Learn from Gmail delivery errors, spam reports, feedback loop, and more.

This resource is for qualified high-volume senders. If you're an everyday Gmail user in need of support, please visit the Help Center.