# Exhibit E

# Get started with Postmaster Tools

You can use Postmaster Tools to track data on large volumes of emails sent and find data about your sending domain. You can view different dashboards to understand details like Gmail delivery errors, spam reports, feedback loop, and more.

To use Postmaster Tools, you need to have a Google Account. If you don't have a Google Account, create one.

## Add your domain to Postmaster Tools

1. Sign in to Postmaster Tools.
2. In the bottom right, click Add ⊕.
3. Enter your authentication domain.
   **Tip:** You can add either the DKIM (DomainKeys Identified Mail) domain or the SPF (Sender Policy Framework) domain.
4. Click **Next**.
5. Verify your domain:
   - To prove that you own this domain, click **Verify**.
     **Tip:** After verification, it may take some time before your domain's verification status updates to "Verified." Learn more about how to verify your domain.
   - To skip this step and continue without verification, click **Not now**. You will need to verify your domain at some point to view any data related to that domain. To go back and verify, point to the domain you want to verify. Then, click More ⋮ › **Verify domain**.

## Manage your data access

If you own a verified domain, you can share your Postmaster Tools data with anyone who has a Google Account. You can also add and remove owners from your domain.

### Add someone to your domain

1. Sign in to Postmaster Tools.
2. Point to the verified domain you want to add someone to.
3. On the right, click More ⋮ › **Manage users**.
4. In the bottom-right, click the "Add" button.
5. In the pop-up window, enter the Google Account email address of the person you want to access your domain's Postmaster Tools data.

**Tip:** When you give someone access, they won't get a notification, so we recommend you let them know. However, they will be able to see the domain when they log in to Postmaster Tools.

## Interpret numbers on the dashboard

You can use the data from the different dashboards to understand the best way for you to send your emails.

### Spam rate

The spam rate is the percentage of emails marked as spam by users vs emails sent to the inbox for active users. If a substantial number of emails are delivered directly to spam folders, you may see a low spam rate even though users may still be marking your inboxed emails as spam.

IP reputation

A higher IP reputation means emails sent from this IP are more likely to go to a recipient's inbox instead of their spam folder. For example, if you send a lot of emails, and users mark them as spam, your IP reputation number will go down.

To reduce negative user feedback, you should regularly check your sending list. Be sure to only send emails to users who want your emails.

## About reputations

The definitions of spam below includes mail detected as spam by Gmail's Spam filter, and mail reported by users as Spam.

- **Bad:** A history of sending a high volume of spam. Mail coming from this entity will almost always be rejected at connection time or marked as spam.
- **Low:** Known to send a considerable volume of spam regularly, and mail from this sender will likely be marked as spam.
- **Medium/Fair:** Known to send good mail, but has occasionally sent a low volume of spam. Most of the email from this entity will have a fair deliverability rate, except when there's a notable increase in spam levels.
- **High:** Has a good track record of a very low spam rate, and complies with Gmail's sender guidelines. Mail will rarely be marked by the spam filter.

**Tip:** Keep in mind that spam filtering is based on thousands of signals, and IP reputation is just one of them.

---

Domain reputation

A higher domain reputation means emails from your sending domain (SPF and DKIM) are less likely to get filtered to a recipient's spam folder or inbox.

## About reputations

The definitions of spam below includes mail detected as spam by Gmail's Spam filter, and mail reported by users as Spam.

- **Bad:** A history of sending an enormously high volume of spam. Mail coming from this entity will almost always be rejected at SMTP or marked as spam.
- **Low:** Known to send a considerable volume of spam regularly, and mail from this sender will likely be marked as spam.
- **Medium/Fair:** Known to send good mail, but has occasionally sent a low volume of spam. Most of the email from this entity will have a fair deliverability rate, except when there's a notable increase in spam levels.
- **High:** Has a good track record of a very low spam rate, and complies with Gmail's sender guidelines. Mail will rarely be marked by the spam filter.

**Tip:** Keep in mind that spam filtering is based on thousands of signals and domain reputation is just one of them.

---

Feedback loop

This dashboard is available after you set up the Gmail Spam Feedback Loop (FBL). To view a table with the identifiers flagged by FBL and their corresponding spam rates, click any data point on the graph.

Case 2:22-cv-01904-DJC-JDP    Document 30-6    Filed 01/23/23    Page 4 of 4

## About FBL graphs

- **Average FBL spam rate graph:** Shows average spam rate across all identifiers flagged by FBL on a given day (when applicable) over time.
- **Identifier volume graph:** Shows the number of unique identifiers flagged by FBL per day (when applicable) over time.

Authentication

Encryption

Delivery errors

## Related articles

- Postmaster Tools FAQs
- Feedback Loop (FBL)
- How encryption works
- Email authentication

## Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts