# Exhibit M

# Mark or unmark Spam in Gmail

<mark>You can mark or unmark emails as spam.</mark> Gmail also automatically identifies spam and other suspicious emails and sends them to Spam.

**Android**    Computer    iPhone & iPad

## Mark or unmark emails as spam

### Mark emails as spam

As you report more spam, Gmail is better able to automatically mark similar messages as spam.

1. On your Android phone or tablet, open the Gmail app.
   **Note**: If you don't have the Gmail app, download it.
2. Select one or more emails.
3. In the top right, tap More ⋮ > **Report spam**.

**Tip:** When you tap **Report spam** or manually move an email into your Spam folder, Google will receive a copy of the email and may analyze it to help protect our users from spam and abuse.

### Unmark an email as spam

You can remove an email from Spam if you incorrectly marked it as spam:

1. On your Android phone or tablet, open the Gmail app.
   **Note**: If you don't have the Gmail app, download it.
2. In the top left, tap Menu ≡ > **Spam**.
3. Open the email.

4. In the top right, tap More ⋮ → **Report not spam**.

**Tip**: To stop a message from being sent to Spam in the future, you can:

- Add the sender to your Contacts.
- Filter these messages.

## Delete emails in spam

1. On your Android phone or tablet, open the Gmail app M.
   **Note**: If you don't have the Gmail app, download it.
2. In the top left, tap Menu ≡ → **Spam**.
3. Tap **Empty spam now**.

## Why emails have spam warning labels

Gmail automatically identifies suspicious emails and marks them as spam. When you open your Spam label, you'll see emails that were marked as spam by you or Gmail. Each email will include a label at the top that explains why Gmail sent it to Spam.

Spoofed email addresses

**What this warning means**

An email address looks very similar to the email address of a known sender. For example, the email address may replace the letter "O" with the number "0."

**What to do if you see this warning**

Do not reply to the email or open any links until you can verify that the email address is correct.

**Important**: If you notice a spoofed email address, but it's not marked with a warning, be sure to report it as spam.

Phishing scams

**What this warning means**

The email may be a trick to get you to share personal information, like passwords or credit card numbers.

**What to do if you see this warning**

- Do not reply to the email or open any links.
- If you aren't sure the email is from a trusted sender, report the email as phishing.

**Important**: Google will never ask for personal information over email. Learn how to avoid and report Google scams.

Messages from an unconfirmed sender

**What this warning means**

Gmail can't confirm that the email was actually sent by sender who appears to have sent it.

**What to do if you see this warning**

- Do not reply to the email or open any links.

Case 2:22-cv-01904-DJC-JDP   Document 30-14   Filed 01/23/23   Page 4 of 5

- If you aren't sure the email is from a trusted sender, report the email as phishing.

If you're sure the message is from a trusted sender:

- In the top right, tap More ⋮ > **Report not spam**.
- To prevent messages from a trusted sender from going to Spam, follow these troubleshooting steps.

---

Administrator-set policies

**What this warning means**

If you use Gmail through your work, school, or organization, your admin might set controls to mark certain emails as spam.

**What to do if you see this warning**

If you see emails that are incorrectly marked as spam, contact your admin.

---

You tried to unsubscribe from this sender

**What this warning means**

If someone messages you after you unsubscribe from their emails, their messages will go directly to Spam.

**What to do if you see this warning**

If you don't want these emails sent to Spam, unmark the email as spam.

---

Messages content is empty

**What this warning means**

Spammers often send messages with no content in the body or subject to check whether email addresses are valid. Then, they spam those addresses later.

**What to do if you see this warning**

- If the email looks suspicious, do not reply. You can report it as spam or phishing.
- If the email is from someone you know and you think it was sent by mistake, unmark the email as spam.

---

Messages you sent to Spam

**What this warning means**

When you mark a message as spam or phishing, it's moved from your Inbox to your Spam folder. Messages from the same sender might be sent to Spam in the future.

**What to do if you see this warning**

- If you don't want the email to be in Spam, unmark the email as spam.
- If you mistakenly reported the message as phishing, unmark the message as phishing.

- To stop a message from being sent to Spam in the future, filter these messages.

Case 2:22-cv-01904-DJC-JDP   Document 30-14   Filed 01/23/23   Page 5 of 5

## Spam attack on your Gmail account

### What this warning means

You get a lot of unwanted emails, such as subscriptions or promotional offers. A hacker tries to fill up your Inbox so that you can't find important security alerts from websites or services you signed up for with your Gmail account.

For example, if a hacker tries to get into your bank account, your bank can notify you by email. But if your Inbox is full of junk mail, you might miss the bank's alert.

### What to do if you see this warning

- Search your Inbox and Spam for security alerts, then respond to the emails you find.
- Do a Google Security Checkup and follow these security tips.

## Spam from one of your contacts

If someone on your Contacts list sends you spam, a hacker may have taken over their account.

1. Do not respond to the email.
2. To report the email, in the spam alert, click **Message looks suspicious**. This sends a report to the Gmail team to investigate. You'll continue to get emails from this contact in the future.
3. Let your contact know their email account may be hacked, and suggest they follow these Gmail security tips.

## Related resources

- Google Workspace marks valid email messages as spam
- Gmail Security and Privacy Settings

---

**Need more help?**
Try these next steps:

**Ask the Help Community**
Get answers from community experts