# Exhibit O

**2022 RNC Membership**

At a time like this, **ALL** conservatives must stand together – not turn against each other, become divided and feel defeated; because that's **exactly** what the Democrats want us to do!

We must stay united so we're in a position of strength to win both chambers of Congress and STOP Biden's radical agenda in its tracks.

Thank you for your loyal support of our Party and our cause!

Donated before using a Revv account? **Login**

| $100 | $250 | $500 | $1,000 |
| $5,000 | $10,000 | $35,500 | Other |

☐ Make this a monthly recurring donation

Continue

now

Contributions or gifts to the Republican National Committee are not deductible as charitable contributions for federal income tax purposes. Funds received in response to this solicitation will be subject to federal contribution limits. Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation and the name of the employer of individuals whose contributions exceed $200 in a calendar year. **Contributions from corporations and foreign nationals are prohibited. The RNC does not accept contributions earmarked for any candidate or other committee. Contributions are used to fund all RNC programs, and will be spent as the RNC determines within its sole discretion. If you have any questions you can reach us at 877-340-8969 or store@gop.com**

By providing your phone number, you are consenting to receive calls and texts, including autodialed and automated calls and texts, to that number from the Republican National Committee. Contributions from corporations and foreign nationals are prohibited. Msg&data rates may apply. Reply HELP for help, STOP to end. Terms & conditions/privacy policy apply www.80810-info.com.

Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's

Committee: www.gop.com

**Powered by** revv

Terms of Use    Privacy Policy

Questions about your charge? Go to our Support Center