1    **PERKINS COIE LLP**

2    Abdul Kallon (*pro hac vice*)
     AKallon@perkinscoie.com
3    Ryan Spear (*pro hac vice*)
     RSpear@perkinscoie.com
4    1201 Third Avenue, Suite 4900
     Seattle, WA 98101-3099
5    Telephone: 206.359.8000
     Facsimile:  206.359.9000
6
     Sunita Bali, Bar No. 274108
7    SBali@perkinscoie.com
     Danielle Sivalingam, Bar No. 294369
8    DSivalingam@perkinscoie.com
     Angie Kim, Bar No. 270503
9    AngieKim@perkinscoie.com
     605 Howard Street, Suite 1000
10   San Francisco, CA 94105
     Telephone: 415.344.7000
11   Facsimile:  415.344.7050

12   Michael R. Huston (*pro hac vice*)
     MHuston@perkinscoie.com
13   700 13th St NW
     Washington, DC 20005
14   Telephone: 202.654.6200
     Facsimile:  202.654.621
15
     *Attorneys for Defendant Google LLC*
16   *(erroneously sued as Google Inc.)*

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19

20
     REPUBLICAN NATIONAL COMMITTEE,          Case No. 2:22-cv-01904-TLN-JDP
21
                      Plaintiff,             **[PROPOSED] ORDER GRANTING**
22                                           **REQUEST FOR JUDICIAL NOTICE**
          v.                                 **AND MOTION TO DISMISS**
23                                           **REPUBLICAN NATIONAL**
     GOOGLE INC.,                            **COMMITTEE'S VERIFIED**
24                                           **COMPLAINT**
                      Defendant.
25                                           Date:      April 20, 2023
                                             Time:      2:00 p.m.
26                                           Dept.:     Courtroom 2, 15th Floor
                                             Judge:     Hon. Troy L. Nunley
27

28

1

**[PROPOSED] ORDER**

2       On January 23, 2023, defendant Google LLC (erroneously sued as "Google Inc.")

3   ("Google") moved to dismiss plaintiff Republican National Committee's Verified Complaint

4   ("Complaint") under Federal Rule of Civil Procedure 12(b)(6). Google also requested judicial

5   notice of Exhibits A through O attached to the Declaration of Sunita Bali in Support of Google's

6   Motion to Dismiss Republican National Committee's Verified Complaint.

7       After considering the parties' briefs, the arguments of counsel, and the evidence of record,

8   the Court rules as follows: (1) Google's Request for Judicial Notice is **GRANTED**; and

9   (2) Google's Motion to Dismiss is **GRANTED** in its entirety with prejudice.

10      **IT IS SO ORDERED.**

11

12   DATED: _____

13                                                 _____
                                                          Honorable Troy L. Nunley
14                                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            -2-

1

**CERTIFICATE OF SERVICE**

2          This is to certify that a true and correct copy of the above and foregoing has been served

3    upon all counsel of record, via the Court's CM/ECF system on January 23, 2023, as follows:

4
             Harmeet K. Dhillon (harmeet@dhillonlaw.com)
5            Michael A. Columbo (mcolumbo@dhillonlaw.com)
             Jeremiah D. Graham (jgraham@dhillonlaw.com)
6            Anthony J. Fusaro, Jr. (afusaro@dhillonlaw.com)
             DHILLON LAW GROUP INC.
7            177 Post Street, Suite 700
             San Francisco, California 94108
8            Telephone: (415) 433-1700

9
             Counsel for Plaintiff
10           Republican National Committee

11

             Thomas R. McCarthy (tom@consovoymccarthy.com)
12           Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
             Conor D. Woodfin (conor@consovoymccarthy.com)
13           CONSOVOY MCCARTHY PLLC
             1600 Wilson Blvd., Suite 700
14           Arlington, VA 22209
             Telephone: (703) 243-9423
15

16           Counsel for Plaintiff
             Republican National Committee
17

18

19

20                                                         */s/ Sunita Bali*
                                                            Sunita Bali
21

22

23

24

25

26

27

28