1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

REPUBLICAN NATIONAL COMMITTEE,

    Plaintiff,

v.

GOOGLE INC.

    Defendant.

Case Number: 2:22-CV-01904-TLN-JDP

**ORDER TO EXTEND DEADLINE
TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS AND
REQUEST FOR JUDICIAL
NOTICE**

**ORDER**

The Court, having reviewed the Stipulation to Extend Deadline to Respond to the Motion to Dismiss and Request for Judicial Notice, and good cause appearing, HEREBY ORDERS:

1.    Plaintiff is granted a 21-day extension to respond to Defendant's motion to dismiss and request for judicial notice;

2.    Plaintiff's responses to Defendant's motion to dismiss and request for judicial notice are due February 27, 2023;

3.    Defendant's reply briefs, if any, are due March 27, 2023.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
Troy L. Nunley
United States District Judge