**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice*)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice*)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice*)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-TLN-JDP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff Republican National Committee ("Plaintiff") and Defendant Google LLC, erroneously sued as "Google Inc." ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS, on January 23, 2023, Defendant moved to dismiss Plaintiff's complaint (Dkt. 30) and filed a supporting request for judicial notice (Dkt. 31);

2. WHEREAS, on February 27, 2023, Plaintiff opposed Defendant's motion to dismiss (Dkt. 35) and also filed a motion to strike certain exhibits to Defendant's request for judicial notice (Dkt. 34);

3. WHEREAS, Defendant's motion to dismiss and Plaintiff's motion to strike are both set for hearing on April 20, 2023;

4. WHEREAS, pursuant to the parties' stipulation and this Court's order, Defendant's reply in support of its motion to dismiss is currently due on March 27, 2023 (Dkts. 32, 33);

5. WHEREAS, pursuant to E.D. Cal. Local Rule 230(c), Defendant's opposition to Plaintiff's motion to strike is currently due on March 13, 2023;

6. WHEREAS, the parties seek to promote efficiency in the resolution of the motion to dismiss, the request for judicial notice, and the motion to strike, all of which are related;

7. WHEREAS, the Parties jointly request permission to extend Defendant's deadline to respond to Plaintiff's motion to strike so that Defendant's opposition is due on March 27, 2023, the same day as its reply in support of its motion to dismiss (Dkt. 33);

8. WHEREAS, the only prior extensions that have been sought in this action relate to Defendant's deadline to respond to the complaint and related briefing (Dkts. 13, 32), all of which extension requests were granted by the Court (Dkts. 14, 33); no prior extensions have been sought with respect to Plaintiff's motion to strike;

THEREFORE, the Parties respectfully request that the Court extend Defendant's deadline to respond to Plaintiff's motion to strike to March 27, 2023, which is the same date that Defendant's reply in support of its motion to dismiss is due.

**IT IS SO STIPULATED.**

Dated:  March 2, 2023	**PERKINS COIE LLP**

By: */s/ Sunita Bali*
    Sunita Bali, Bar No. 274108

*Attorneys for Defendant Google LLC
(erroneously sued as Google Inc.)*

Dated:  March 2, 2023	**DHILLON LAW GROUP INC.**

By: */s/ Thomas R. McCarthy*
    Harmeet K. Dhillon, SBN 207873
    Michael A. Columbo, SBN 271283
    Jeremiah D. Graham, SBN 313206
    Anthony J. Fusaro, Jr., SBN 345017

Counsel for Plaintiff Republican National Committee

**CONSOVOY MCCARTHY PLLC**

Thomas R. McCarthy (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
Conor D. Woodfin (pro hac vice)

Counsel for Plaintiff Republican National Committee

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

By: */s/ Sunita Bali*
Sunita Bali, Bar No. 274108

Attorneys for Google LLC (erroneously sued as Google Inc.)

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation To Extend Time To Respond to Motion To Strike, and good cause appearing, HEREBY ORDERS that Defendant's deadline to respond to Plaintiff's motion to strike is extended to March 27, 2023.

**IT IS SO ORDERED.**

Dated: March __, 2023

_____
Hon. Troy L. Nunley
United States District Judge

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on March 2, 2023, as follows:

Harmeet K. Dhillon     (harmeet@dhillonlaw.com)
Michael A. Columbo     (mcolumbo@dhillonlaw.com)
Jeremiah D. Graham     (jgraham@dhillonlaw.com)
Anthony J. Fusaro, Jr. (afusaro@dhillonlaw.com)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

Counsel for Plaintiff
Republican National Committee


Thomas R. McCarthy (tom@consovoymccarthy.com)
Thomas S. Vaseliou (tvaseliou@consovoymccarthy.com)
Conor D. Woodfin (conor@consovoymccarthy.com)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423

Counsel for Plaintiff
Republican National Committee

                                                            */s/ Sunita Bali*
                                                            Sunita Bali