HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
JEREMIAH D. GRAHAM (SBN: 313206)
jgraham@dhillonlaw.com
ANTHONY J. FUSARO, JR. (SBN: 345017)
afusaro@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
*Counsel of Record for Plaintiff Republican National Committee*

THOMAS R. MCCARTHY (pro hac vice)
tom@consovoymccarthy.com
THOMAS S. VASELIOU (pro hac vice)
tvaseliou@consovoymccarthy.com
CONOR D. WOODFIN (pro hac vice)
conor@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
*Counsel for Plaintiff Republican National Committee*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case Number: 2:22-cv-01904-DJC-JDP<br><br>**PLAINTIFF *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE HEARING AS TO DEFENDANT'S [30] MOTION TO DISMISS AND PLAINTIFF'S [34] MOTION TO STRIKE**<br><br>Dept:    Courtroom 10, 13th Floor<br>Judge:   Hon. Daniel J. Calabretta |



Plaintiff's *Ex Parte* Motion to Continue Hearings on ECF #'s 30 and 34 | Case No. 2:22-cv-01904-DJC-JDP

1    Plaintiff Republican National Committee hereby applies *ex parte* to the Court pursuant to Fed.
2  R. Civ. P. 6 and Local Rules 144 & 230, to request a continuance of the hearing as to Defendants'
3  Motion to Dismiss [ECF # 30] and Plaintiff's Motion to Strike [ECF # 34], which is currently
4  scheduled for June 22, 2023.

5    On June 6, 2023, the Court notified the parties that the oral argument for these motions would
6  take place on June 22, 2023 at 1:30 p.m. Plaintiff requests a postponement due to a scheduling conflict
7  that Plaintiff's lead counsel has on June 22, 2023. Specifically, counsel will be out of the country from
8  June 14 to June 22 and traveling throughout the day on June 22. There have been no prior extensions
9  obtained by the parties as to the hearing on these motions.

10   The parties have met and conferred. Although Defendant would prefer to have the argument
11 on June 22, it does not oppose a continuance to accommodate Plaintiff's counsel. Understanding that
12 the court typically hears motions on Thursdays, we limited our consideration to Thursdays after June
13 22.  However, the parties' counsel have not been able to agree upon a new date and therefore could
14 not file a stipulation. Considering the schedules of Plaintiff's legal team and undersigned counsel's
15 travel for hearings out of state in July and early August as well as depositions in other cases,
16 Plaintiff's counsel respectfully requests a continuance of this oral argument until August 24.

17   Additionally, Local Rule 230(g) states that oral arguments are limited to 10 minutes per side or
18 20 minutes in the aggregate. Because the Defendant's Motion to Dismiss encompasses several
19 substantive issues and the Court is also hearing the Plaintiff's Motion to Strike, the parties jointly
20 request that the Court allot one hour for the hearing to ensure that all issues in both motions can be
21 adequately addressed to the Court's satisfaction.

23 Date: June 12, 2023       **DHILLON LAW GROUP INC.**

                                By: /s/ Jeremiah D. Graham
                                    Harmeet K. Dhillon
                                    Michael A. Columbo
                                    Jeremiah D. Graham
                                    Anthony J. Fusaro, Jr.
                                    DHILLON LAW GROUP INC.

177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

**CONSOVOY MCCARTHY PLLC**

Thomas R. McCarthy (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
Conor D. Woodfin (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
*Counsel of Record for Plaintiff Republican National Committeecan National Committee*