1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
3  JEREMIAH D. GRAHAM (SBN: 313206)
   jgraham@dhillonlaw.com
4  ANTHONY J. FUSARO, JR. (SBN: 345017)
   afusaro@dhillonlaw.com
5  DHILLON LAW GROUP INC.
6  177 Post Street, Suite 700
   San Francisco, California 94108
7  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
8  *Counsel of Record for Plaintiff Republican National Committee*

9
   THOMAS R. MCCARTHY (pro hac vice)
10 tom@consovoymccarthy.com
   THOMAS S. VASELIOU (pro hac vice)
11 tvaseliou@consovoymccarthy.com
   CONOR D. WOODFIN (pro hac vice)
12 conor@consovoymccarthy.com
   CONSOVOY MCCARTHY PLLC
13 1600 Wilson Blvd., Suite 700
14 Arlington, VA 22209
   (703) 243-9423
15 *Counsel for Plaintiff Republican National Committee*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>           Plaintiff,<br>  v.<br><br>GOOGLE INC.<br><br>           Defendant. | Case Number: 2:22-cv-01904-DJC-JDP<br><br>**PLAINTIFF'S CORRECTED *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE HEARING AS TO DEFENDANT'S [30] MOTION TO DISMISS AND PLAINTIFF'S [34] MOTION TO STRIKE**<br><br>Dept:     Courtroom 10, 13th Floor<br>Judge:    Hon. Daniel J. Calabretta |



Plaintiff's *Ex Parte* Motion to Continue       Case No. 2:22-cv-01904-DJC-JDP
Hearings on ECF #'s 30 and 34

Plaintiff Republican National Committee hereby applies *ex parte* to the Court pursuant to Fed. R. Civ. P. 6 and Local Rules 144 & 230, to request a continuance of the hearing as to Defendants' Motion to Dismiss [ECF # 30] and Plaintiff's Motion to Strike [ECF # 34], which is currently scheduled for June 22, 2023.

On June 6, 2023, the Court notified the parties that the oral argument for these motions would take place on June 22, 2023 at 1:30 p.m. Plaintiff requests a postponement due to a scheduling conflict that Plaintiff's lead counsel has on June 22, 2023. Specifically, counsel will be out of the country from June 14 to June 22 and traveling throughout the day on June 22. There have been no prior extensions obtained by the parties as to the hearing on these motions.

The parties have met and conferred. Although Defendant would prefer to have the argument on June 22, it does not oppose a continuance to accommodate Plaintiff's counsel. Understanding that the court typically hears motions on Thursdays, we limited our consideration to Thursdays after June 22. However, the parties' counsel have not been able to agree upon a new date and therefore could not file a stipulation. Considering the schedules of Plaintiff's legal team and undersigned lead counsel's travel for hearings out of state in July and early August as well as depositions in other cases, Plaintiff's counsel respectfully requests a continuance of this oral argument until August 24.

Additionally, Local Rule 230(g) states that oral arguments are limited to 10 minutes per side or 20 minutes in the aggregate. Because the Defendant's Motion to Dismiss encompasses several substantive issues and the Court is also hearing the Plaintiff's Motion to Strike, the parties jointly request that the Court allot one hour for the hearing to ensure that all issues in both motions can be adequately addressed to the Court's satisfaction.

Date: June 12, 2023          **DHILLON LAW GROUP INC.**

By: /s/ Michael A. Columbo
Harmeet K. Dhillon
Michael A. Columbo
Jeremiah D. Graham
Anthony J. Fusaro, Jr.
DHILLON LAW GROUP INC.



2

Plaintiff's Motion to Strike Defendant's          Case No. 2:22-cv-01904-TLN-JDP
Request for Judicial Notice ISO Motion to Dismiss

                177 Post Street, Suite 700
                San Francisco, California 94108
                Telephone: (415) 433-1700

**CONSOVOY MCCARTHY PLLC**

Thomas R. McCarthy (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
Conor D. Woodfin (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
*Counsel of Record for Plaintiff Republican National Committeecan National Committee*

3

Plaintiff's Motion to Strike Defendant's
Request for Judicial Notice ISO Motion to Dismiss      Case No. 2:22-cv-01904-TLN-JDP