# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>　　　　　　Defendant. | Case Number: 2:22-cv-01904-DJC-JDP<br><br>**[PROPOSED] ORDER ON PLAINTIFF *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE HEARING AS TO DEFENDANT'S [30] MOTION TO DISMISS AND PLAINTIFF'S [34] MOTION TO STRIKE** |

　　　　PURSUANT TO THE *EX PARTE* APPLICATION OF PLAINTIFF, the hearing set for June 22, 2023 is VACATED.  A Motion Hearing as to Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike is set for _____ at _____ in Courtroom 10 before Judge Daniel J. Calabretta. IT IS SO ORDERED.

DATED:_____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Hon. Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　United States District Judge



[PROPOSED] Order on Plaintiff's *Ex Parte*　　　　　　　　　　Case No. 2:22-cv-01904-DJC-JDP
Motion to Continue Hearings on ECF #'s 30 and 34