**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice*)
AKallon@perkinscoie.com
Ryan M. Spear (*pro hac vice*)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Young Kim, Bar No. 270503
AngieKim@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Michael Robert Huston (*pro hac vice*)
MHuston@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

*Attorneys for Defendant Google LLC*
*(erroneously sued as Google Inc.)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 2:22-cv-01904-DJC-JDP<br><br>**RESPONSE TO PLAINTIFF'S CORRECTED *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE HEARING AS TO DEFENDANT'S [30] MOTION TO DISMISS AND PLAINTIFF'S [34] MOTION TO STRIKE**<br><br>Dept:   Courtroom 10, 13th Floor<br>Judge:  Hon. Daniel J. Calabretta |

1. Defendant Google LLC (erroneously sued as "Google Inc.") submits this response to Plaintiff Republican National Committee's Corrected *Ex Parte* Application for a Continuance of the Hearing as to Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike, currently scheduled by the Court for June 22, 2023.

    As stated by Plaintiff in its *ex parte* application [ECF 46], Defendant's preference would be to maintain the hearing on June 22. Defendant does not oppose a reasonable continuance of the hearing to accommodate Plaintiff's counsel, but believes that a continuance to August 24 is too long.

    Defense counsel suggests a continuance to July 13, but can be available on any Thursday that the Court may wish to hear the motions other than June 29, July 20 and July 27.

Dated:  June 13, 2023                                    **PERKINS COIE LLP**

By: _____

Sunita Bali, Bar No. 274108
Danielle Sivalingam, Bar No. 294369
Angie Young Kim, Bar No. 270503
Abdul Kallon, *pro hac vice*
Ryan M. Spear, *pro hac vice*
Michael Robert Huston, *pro hac vice*

*Attorneys for Defendant Google LLC (erroneously sued as Google Inc.)*