**PERKINS COIE LLP**

Abdul Kallon (*pro hac vice*)
AKallon@perkinscoie.com
Ryan Spear (*pro hac vice*)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Angie Kim, Bar No. 270503
AngieKim@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (*pro hac vice*)
MHuston@perkinscoie.com
700 13th St NW
Washington, DC 20005
Telephone: 202.654.6200
Facsimile:  202.654.621

*Attorneys for Defendant Google LLC*
*(erroneously sued as Google Inc.)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | Case No. 2:22-cv-01904-DJC-JDP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF HEARING AS TO DEFENDANTS' [30] MOTION TO DISMISS AND PLAINTIFF'S [34] MOTION TO STRIKE** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept:    Courtroom 10, 13th Floor |
| | Judge:   Hon. Daniel J. Calabretta |

Plaintiff Republican National Committee ("Plaintiff") and Defendant Google LLC ("Defendant"; erroneously sued as "Google Inc.") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1.    WHEREAS, on June 6, 2023, the Court issued a Minute Order setting a Motion Hearing as to Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike for June 22, 2023 [44];

2.    WHEREAS, on June 12, 2023, Plaintiff filed an *ex parte* application for a continuance of the hearing as to Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike [45] and amended *ex parte* application for a continuance of the hearing as to Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike [46], requesting a continuance of the hearing because Plaintiff's lead counsel will be out of the country from June 14 to June 22, 2023;

3.    WHEREAS, on June 13, 2023, Defendant responded to the *ex parte* applications that it does not oppose a reasonable continuance of the hearing to accommodate Plaintiff's counsel [47];

4.    WHEREAS, there have been no prior extensions by the parties as to the hearing on these motions;

5.    WHEREAS, the Parties have worked with the Court to determine that July 13, 2023 is a mutually-agreeable date for the Parties and the Court; and

6.    WHEREAS, Plaintiff withdraws its pending *ex parte* applications [45, 46];

THEREFORE, the Parties respectfully request that the Court vacate the June 22, 2023 hearing date, set Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike for an in-person hearing on July 13, 2023 at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta, and allot one hour for the hearing to ensure that all issues in both motions can be adequately addressed to the Court's satisfaction.

**IT IS SO STIPULATED.**

1

2     Dated:  June 18, 2023                           **PERKINS COIE LLP**

3

4

5                                                     By: */s/ Sunita Bali*
                                                          Sunita Bali, Bar No. 274108

6                                                     *Attorneys for Defendant Google LLC*
7                                                     *(erroneously sued as Google Inc.)*

8     Dated:  June 18, 2023                           **DHILLON LAW GROUP INC.**

9

10                                                    By: */s/ Michael A. Columbo*
                                                          Harmeet K. Dhillon, SBN 207873
11                                                        Michael A. Columbo, SBN 271283
                                                          Jeremiah D. Graham, SBN 313206
12                                                        Anthony J. Fusaro, Jr., SBN 345017

13
                                                      Counsel for Plaintiff Republican National
14                                                    Committee

15

16                                                    **CONSOVOY MCCARTHY PLLC**

17                                                    Thomas R. McCarthy (*pro hac vice*)
                                                      Thomas S. Vaseliou (*pro hac vice*)
18                                                    Conor D. Woodfin (*pro hac vice*)

19                                                    Counsel for Plaintiff Republican National
20                                                    Committee

21

22

23

24

25

26

27
                                                    -3-
28

1

## <u>ATTESTATION</u>

2

Concurrence in the filing of this document has been obtained from the individual whose

3

electronic signature is attributed above.

4

5

By: */s/ Sunita Bali*
   Sunita Bali, Bar No. 274108

6

Attorneys for Google LLC (erroneously sued
as Google Inc.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

162566235.2

1

**[PROPOSED] ORDER**

2       The Court, having reviewed the Stipulation for a Continuance of Hearing as to

3   Defendant's [30] Motion to Dismiss and Plaintiff's [34] Motion to Strike, and good cause

4   appearing, HEREBY ORDERS that the June 22, 2023 hearing date is vacated, Defendant's [30]

5   Motion to Dismiss and Plaintiff's [34] Motion to Strike is set for an in-person hearing on July 13,

6   2023 at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta, and one hour is

7   allotted for the hearing.

8       **IT IS SO ORDERED.**

9

10

Dated: June __, 2023               _____

11                                          Hon. Daniel J. Calabretta
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

162566235.2