HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
JEREMIAH D. GRAHAM (SBN: 313206)
jgraham@dhillonlaw.com
ANTHONY J. FUSARO, JR. (SBN: 345017)
afusaro@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
*Counsel of Record for Plaintiff Republican National Committee*

THOMAS R. MCCARTHY*
tom@consovoymccarthy.com
THOMAS S. VASELIOU*
tvaseliou@consovoymccarthy.com
CONOR D. WOODFIN*
conor@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
*Counsel for Plaintiff Republican National Committee*
*Admitted *Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

REPUBLICAN NATIONAL COMMITTEE,

      Plaintiff,

v.

GOOGLE INC.

    Defendant.

Case Number: 2:22-CV-01904

**JOINT MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSE**

1   Plaintiff Republican National Committee and Defendant Google LLC hereby jointly
2  move to extend the deadline to file an amended complaint to Tuesday, October 10, 2023, and
3  the deadline to respond to that amended complaint to Thursday, November 16, 2023.

4   On October 21, 2022, Plaintiff filed its complaint. *See* Doc. 1. After an extension,
5  Defendant, on January 23, 2023, moved to dismiss Plaintiff's complaint. *See* Docs. 14 & 30.
6  On March 27, 2023, after additional extensions granted to both parties, the parties completed
7  briefing regarding the motion to dismiss. *See* Docs. 35 & 38.

8   On July 13, the Court held a hearing on the motion to dismiss. *See* Docs. 49-50. And
9  on August 23, the Court granted Defendant's motion to dismiss "with leave to amend to
10 establish that section 230 does not apply to this action, and to amend Counts Three and Four,"
11 and the Court ordered that "Plaintiff must file any amended complaint within thirty days of the
12 entry of this order." Doc. 53 at 38; *Republican Nat'l Comm. v. Google, Inc.*, 2023 WL 5487311,
13 at *20 (E.D. Cal. Aug. 24). Moreover, Federal Rule of Civil Procedure 15 states that "[u]nless
14 the court orders otherwise, any required response to an amended pleading must be made
15 within the time remaining to respond to the original pleading or within 14 days after service of
16 the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

17  Plaintiff and Defendant jointly requests extensions of the deadline to file an amended
18 complaint to Tuesday, October 10, 2023, and the deadline for Defendant's response to that
19 amended complaint to Thursday, November 16, 2023. Good cause exists to grant the
20 extensions, so that Plaintiff has time to adequately address the Court's August 23, 2023
21 decision and Defendant has time to adequately address Plaintiff's amendments. This case
22 involves numerous complex issues of state and federal law, and the Court's decision requires
23 adding certain factual information. For similar reasons, additional time to respond to the
24 amended complaint is warranted.

25  Plaintiff will suffer significant prejudice if the extension is not granted because it needs
26 sufficient time to address the Court's decision and the numerous issues involved in this case.
27 And Defendant will similarly suffer significant prejudice without additional time to respond to
28 the amended complaint. The parties also agree that neither party will suffer any prejudice if

the Court grants the requested extension of time. The parties have extended several deadlines in this case already, and the parties do not believe that this additional extension will affect the progress of the case.

Therefore, Plaintiff and Defendant jointly request the following:

1. The deadline for Plaintiff to file an amended complaint is Tuesday, October 10, 2023; and

2. The deadline for Defendant to respond to the amended complaint is Thursday, November 16, 2023.

Date: September 21, 2023         By:      /s/ Michael A. Columbo

Harmeet K. Dhillon
Michael A. Columbo
Jeremiah D. Graham
Anthony J. Fusaro, Jr.
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700
*Counsel for the Republican National Committee*

Thomas R. McCarthy*
Thomas S. Vaseliou*†
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
*Counsel for Republican National Committee*

\* Admitted *Pro Hac Vice*
† Admitted in Texas. Supervised by principals of the firm.
‡ Admitted in the District of Columbia. Supervised by principals of the firm.

Date: September 21, 2023         By:      /s/ Sunita Bali

Sunita Bali, Bar No. 274108
PERKINS COIE LLP
Attorney for Google LLC

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on September 21, 2023:

Michael R. Huston (MHuston@perkinscoie.com)
PERKINS COIE LLP
700 13th St NW
Washington, DC 20005
Telephone: (202) 654-6200

Abdul Kallon (akallon@perkinscoie.com)
Ryan Spear (rspear@perkinscoie.com)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000

Sunita Bali (sbali@perkinscoie.com)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

Counsel for Defendant Google LLC

By:     <u>/s/ Michael A. Columbo</u>

Michael A. Columbo