**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>              Plaintiff,<br>v.<br><br>GOOGLE INC.<br><br>              Defendant. | Case Number: 2:22-cv-01904-DJC-JDP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSE**<br><br>Dept:     Courtroom 10, 13th Floor<br>Judge:   Hon. Daniel J. Calabretta |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSE

Having considered Plaintiff Republican National Committee and Defendant Google LLC's Joint Motion to Extend Deadline to File Amended Complaint and Response, it is HEREBY ORDERED that:

///

///



Order Granting
Joint Motion to Extend Deadline to
File Amended Complaint and Response                                     Case No. 2:22-cv-01904-DJC-JDP

Plaintiff Republican National Committee and Defendant Google LLC's Joint Motion to Extend Deadline to File Amended Complaint and Response filed on September 21, 2023, is **GRANTED.** It is hereby **ORDERED** that the deadline to file an amended complaint to Tuesday, October 10, 2023, and the deadline to respond to that amended complaint to Thursday, November 16, 2023.

  IT IS SO ORDERED.

DATED:  September 22, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE



Order Granting
Joint Motion to Extend Deadline to
File Amended Complaint and Response  Case No. 2:22-cv-01904-DJC-JDP