PERKINS COIE LLP

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
Danielle Sivalingam, Bar No. 294369
DSivalingam@perkinscoie.com
Tyler Fergusson, Bar No. 345065
TFergusson@perkinscoie.com
605 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

Michael R. Huston (pro hac vice)
MHuston@perkinscoie.com
Matthew R. Koerner (pro hac vice)
MKoerner@perkinscoie.com
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone:  602.351.8000
Facsimile:  602.648.7000

Ryan Spear (pro hac vice)
RSpear@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant Google LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 2:22-cv-01904-DJC-JDP<br><br>STIPULATION AND  ORDER TO AMEND BRIEFING SCHEDULE AND CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Dept:     Courtroom 10, 13th Floor<br>Judge:   Hon. Daniel J. Calabretta |

1    Plaintiff the Republican National Committee ("Plaintiff") and Defendant Google
2 LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned
3 counsel, stipulate as follows:
4    1.    The RNC filed its Verified First Amended Complaint [Dkt. No. 58] on
5 October 10, 2023;
6    2.    On November 16, 2023, Defendant filed its Motion to Dismiss Plaintiff's
7 First Amended Complaint [Dkt. No. 60] (the "Motion");
8    3.    The hearing on the Motion is currently noticed for January 18, 2024 at
9 1:30 p.m. [Dkt. No. 60];
10   4.    Under the default schedule established by this Court's local rules for civil
11 cases, Plaintiff's brief in opposition to the Motion is currently due on or before
12 November 30, 2023, and Defendant's reply brief in support of the Motion is currently
13 due on or before December 11, 2023;
14   5.    Due to the complexity of the issues, multiple upcoming holidays, family
15 travel, and the press of other business, good cause exists to extend the briefing
16 schedule and continue the hearing date;
17   6.    The Parties have worked with the Court's deputy to determine that March
18 14, 2023 is a mutually-agreeable date for the Parties and the Court for oral argument
19 on the Motion;
20   7.    This Court's Standing Order in Civil Cases requires stipulations to include
21 "the discovery cut-off date, last date for hearing motions, pre-trial conference date,
22 and trial date," but these dates have not yet been established in this case as the case is
23 still at the pleading stage;
24   8.    There have been no prior extensions requested by the Parties on the
25 briefing schedule or hearing on this Motion;
26   9.    The Parties agree that neither party will suffer any prejudice if the Court
27 grants the relief requested herein;
28

THEREFORE, the Parties jointly and respectfully request that the Court vacate the current deadlines and the January 18, 2024 hearing date and set the following schedule for the Motion:

    a.    Plaintiff's opposition brief shall be due on or before January 9, 2024;

    b.    Defendant's reply brief shall be due on or before February 8, 2024; and

    c.    The hearing shall occur on March 14 at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS SO STIPULATED.

Dated: November 21, 2023

By: /s/ *Michael R. Huston*

Michael R. Huston, pro hac vice
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
MHuston@perkinscoie.com

Counsel for Defendant Google LLC

By: /s/ *Michael A. Columbo*

Harmeet K. Dhillon (SBN: 207873)
Michael A. Columbo (SBN: 271283)
Jeremiah D. Graham (SBN: 313206)
Anthony J. Fusaro, Jr. (SBN: 345017)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
harmeet@dhillonlaw.com
mcolumbo@dhillonlaw.com

Thomas R. McCarthy (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
Conor D. Woodfin (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

Counsel for Plaintiff Republican National Committee

-3-
CASE NO. 2:22-CV-01904-DJC-JDP
STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING ON MTD FAC

164532195.4

ATTESTATION

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

By: /s/ *Michael R. Huston*
Michael R. Huston, pro hac vice
PERKINS COIE LLP

Attorney for Defendant Google LLC


# ORDER

The Court, having reviewed the Stipulation to Amend Briefing Schedule and Continue the Hearing Date on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing, HEREBY ORDERS:

1. Plaintiff's opposition brief to Defendant's motion to dismiss the amended complaint shall be due on or before January 9, 2024;
2. Defendant's reply brief in support of the motion to dismiss shall be due on or before February 8, 2024;
3. The noticed January 18, 2024 hearing date is vacated;
4. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 60] is set for an in-person hearing on March 14, 2023 at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated: November 27, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE